IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                               CR No. 13-334-MV

CRYSTAL TORRES,

      Defendant.

## NOTICE OF SENTENCING HEARING

**PLEASE TAKE NOTICE** that this case is set for sentencing on **March 12, 2015, at 9:30 a.m.** before the Honorable Martha Vázquez at the United States Courthouse, Aspen Courtroom, 106 South Federal Place, Santa Fe, New Mexico.

**Sentencing Memoranda/Motions must be filed by February 23, 2015.**
**Responses must be filed by February 27, 2015.**

If counsel desire an evidentiary hearing, request for same shall be made to the Court in standard pleading form five (5) working days before the sentencing date.   Such request shall set forth the number of witnesses to be called and a good faith estimate as to the duration of the hearing.

The parties are advised that at the time of sentencing, the Court may impose special sentencing conditions.   Counsel may access these special conditions on the webpage for The Honorable Martha Vázquez at www.nmcourt.fed.us.

Please direct inquiries to Linda Z. Romero, Courtroom Deputy to Judge Vázquez at 992-3826.

_____
MATTHEW J. DYKMAN.
CLERK OF COURT