| UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO |||||||||
|---|---|---|---|---|---|---|---|---|
| **SENTENCING MINUTE SHEET** |||||||||
| CR No. | 13-334-MV | | | USA vs. | Torres ||||
| Date: | March 12, 2015 | | | Name of Deft: | Crystal Torres ||||
| | Before the Honorable | | Martha Vázquez ||||||
| Time In/Out: | 9:40 a.m. / 10:50 a.m. | | | Total Time in Court (for JS10): | 1 hour, 10 minutes ||||
| Clerk: | Linda Romero | | | Court Reporter: | Susan Sperry ||||
| AUSA: | Elaine Ramirez | | | Defendant's Counsel: | John Butcher ||||
| Sentencing in: | Santa Fe, New Mexico | | | Interpreter: | None ||||
| Probation Officer: | Sandra Day | | | | Sworn? | Yes | | No |
| Convicted on: | **X** | Plea | | Verdict | As to: | Information | **X** | Indictment |
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: ||||
| If Plea Agreement: | **X** | Accepted | | Not Accepted | No Plea Agreement | Comments: |||
| Date of Plea/Verdict: | 11/19/13 | | | | PSR: | Not Disputed | **X** | Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** | Not Needed | Needed |
| Exceptions to PSR: | **Court grants defendant's objection to the 2 level enhancement for reckless endangerment during flight** ||||||||

| **SENTENCE IMPOSED** | | Imprisonment (BOP): 20 months | |||
|---|---|---|---|---|---|
| Supervised Release: | 3 years | Probation: | | | 500-Hour Drug Program |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | | ICE not applicable |

| SPECIAL CONDITIONS OF SUPERVISION ||||
|---|---|---|---|
| | No re-entry without legal authorization | **X** | Transitional living program, such as Maya's Place, for 6 months, after completion of the 6 months at the residential reentry center |
| | Comply with ICE laws and regulations | **X** | Community service for _75 hours |
| **X** | Substance abuse treatment program | **X** | Reside residential reentry center up to 6 months |
| **X** | Mental health treatment program | | Register as sex offender |
| **X** | No alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| **X** | No contact with victim(s) and/or co-Deft(s) | | No computer with access to online services |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| **X** | No synthetic or designer drugs | | No loitering within 100 feet of school yards |
| **X** | OTHER: Community based program for domestic violence. Community based program for independent living and coping skills (in addition to completion of 6 months at Maya's Place). |||

| Fine: | $ | **0** | | Restitution: $ | **0** | ||
|---|---|---|---|---|---|---|---|
| SPA: | $ | 100 | ($100 as to each Count) | Payment Schedule: | **X** | Due Imm. | Waived |
| OTHER: | | | | | | | |

| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement ||
|---|---|---|---|---|---|
| **X** | Held in Custody | | Voluntary Surrender ||
| **X** | Recommended place(s) of incarceration: | | Federal Medical Center; Court orders that defendant's medical records be attached to the Judgment provided to the BOP for designation. ||
| | Dismissed Counts: | | |||

| | UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO **SENTENCING MINUTE SHEET** |
|---|---|
| OTHER COMMENTS | Court addresses defendant.  Defense counsel addresses Court on objections to the PSR.  Government counsel responds.  Defendant addresses Court.  Defense counsel addresses Court.  Government counsel addresses Court.  Defense counsel addresses Court.  Court imposes sentence and remands defendant to the custody of the USMS. |